IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02188-GPG-SBP

SHANNON PERRY,

    Plaintiff,

v.

ENCORE AT BLVD ONE LLC,
MARK TSCHETTER,
JESSICA BRANDL, and
RICCI DONATI,

    Defendants.

---

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

    Plaintiff filed a "Notice of Appeal to the 10th Circuit Court of Appeals" (ECF No. 72) and a Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) (ECF No. 83). Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action (ECF No. 4). The Court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal, however, must be denied.

    Pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure, the Court finds that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Plaintiff appeals various nonfinal orders, which is governed by 28 U.S.C. § 1292(b). "A party seeking review of a nonfinal order must first obtain the consent of the trial judge." *Coopers & Lyband v. Livesay*, 437 U.S. 463, 474 (1978). A "[r]outine resort to 28 U.S.C. § 1292(b) would

1

hardly comport with Congress' design to reserve interlocutory review for 'exceptional' cases while generally retaining for the federal courts a firm final judgment rule." *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 74 (1996) (quoting *Coopers,* 437 U.S. at 475 (internal quotation marks and citation omitted)). Nothing Plaintiff has presented merits certification under 28 U.S.C. § 1292(b) for appellate review prior to a final judgment in this case. *See Coopers*, 437 U.S. at 475.

Accordingly, it is

ORDERED that the Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) (ECF No. 83) is DENIED because this appeal is not taken in good faith.

DATED January 11, 2024

BY THE COURT:

GORDON P. GALLAGHER
United States District Judge